IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER PODOLSKI,            )<br>                            )<br>    Plaintiff,           )<br>                            )<br>    v.                      )<br>                            )<br>UNITED STATES OF AMERICA    )<br>DEPARTMENT OF DEFENSE, et   )<br>al.,                        )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>2:20cv935-MHT<br>(WO) |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants' motion to dismiss (Doc. 12) is granted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Peter Podolski, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of March, 2022.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE